**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6507**

AARON B. ROBERTS,

        Plaintiff - Appellant,

        v.

COREY WALKER, CCMSII; R. EBERSOLE, Lt.; A. HARTLE, COMSII;
R. DUDLEY, Sgt.; JACQUELENE A. SHANK, COMM; R. WISE, Capt.;
MAJ. REINHARDT; B. REED, Lt.; SCOTT PETERSON, Det. Sgt.;
TINA M. STUMP; RODERICK R. SOWERS; JOSEPH M. PERRY; JOHN
FOUNTAIN; GARY D. MAYNARD; GREGG L. HERSHBERGER, c/o DPSCS;
DONI OBITTS; K. EASTON, CCMSII; RANDALL WATSON; SCOTT S.
OAKLEY, Director of the DPSCS Inmate Grievance Office;
WEXFORD HEALTH SOURCES, INCORPORATED,

        Defendants – Appellees,

        and

DOCTOR LIN QUILLO; DOCTOR KEVEN JOHNSON; RN MICHELLE AUTREY,

        Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:14-cv-00720-GLR)

Submitted:  September 9, 2015        Decided:  September 11, 2015

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aaron B. Roberts, Appellant Pro Se.  Dorianne Avery Meloy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Elizabeth Erin Pavlick, Carolyn Israel Stein, BONNER, KIERNAN, TREBACH & CROCIATA, LLP, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron B. Roberts appeals the district court's order granting Defendants summary judgment in his 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Roberts v. Walker, No. 1:14-cv-00720-GLR (D. Md. Mar. 4, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED